UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENDANT CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>E. KIRK SHELTON, AMY M. SHELTON and ROBIN D. JACKSON, TRUSTEE of THE SHELTON CHILDREN IRREVOCABLE TRUST,<br><br>　　　　Defendant. | Civil No. 3:06CV00854 (AWT)<br><br><br><br><br><br><br><br>SEPTEMBER 10, 2007 |

## **CENDANT'S MOTION FOR RECONSIDERATION**

Plaintiff Cendant Corporation ("Cendant") respectfully moves for reconsideration of one aspect of the Court's August 24, 2007 discovery ruling. Specifically, the Court ruled that Cendant should comply with Defendant Amy Shelton's Interrogatory No. 1 requesting the identity of "all Cendant officers, directors or senior managers who reside in homes owned by his or her spouse." The basis of the requested reconsideration is both to outline the practical difficulty and the unfair privacy invasion of a literal compliance with such an interrogatory and to propose an alternative which would satisfy all legitimate interests. A proposed order implementing the proposed protocol is attached for the Court's consideration. Pursuant to D. Conn. Local Rule 7(a)(1), Cendant has filed concurrently a Memorandum of Law in support of this motion.

**NO ORAL ARGUMENT REQUESTED**

PLAINTIFF – CENDANT CORPORATION


By _____/s/ Francis J. Brady_____
Francis J. Brady – ct04296
Robert E. Kaelin - ct11631
Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
 rkaelin@murthalaw.com
Its Attorneys

## ORDER

The foregoing Cendant's Motion for Reconsideration having been heard and considered, it is hereby GRANTED. The Court's August 24, 2007 discovery ruling with respect to Defendant Amy Shelton's Interrogatory No. 1 is hereby amended as follows:

1.  Interrogatory No. 1 shall apply to officers, directors or senior managers who transferred his or her home or any interest therein to his or her spouse;

2.  The term "senior managers" in Interrogatory No. 1 shall include, and shall be limited to, those managers who hold positions equivalent to or superior to that held by E. Kirk Shelton during his employment by Cendant Corporation; and

3.  Cendant Corporation may, in lieu of disclosing the names and addresses of officers, directors or senior managers, provide an answer to Interrogatory No. 1 by causing Avis Budget's General Counsel to develop and circulate an inquiry form which each of the pertinent individuals would be requested to sign and return to the General Counsel, who would tabulate the results and provide an answer to the interrogatory by stating how many of the individuals so transferred his or her home or any interest therein to his or her spouse.

BY THE COURT

Date: _____          _____
                               Hon. Alvin W. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, a copy of the foregoing Cendant's Motion For Reconsideration was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis J. Brady – ct04296
Robert E. Kaelin – ct11631
Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
rkaelin@murthalaw.com

973683