**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
----------------------------------x
CENDANT CORPORATION,              :
                                  :
                Plaintiff,        :
                                  :
v.                                : Civil No. 3:06CV00854(AWT)
                                  :
E. KIRK SHELTON, AMY M. SHELTON   :
and ROBIN D. JACKSON, TRUSTEE of  :
THE SHELTON CHILDREN IRREVOCABLE  :
TRUST,                            :
                                  :
                Defendants.       :
----------------------------------x
```

### RULING ON CENDANT CORPORATION'S MOTION FOR RECONSIDERATION

For the reasons set forth below, Cendant's Motion for Reconsideration (Doc. No. 196) is hereby GRANTED.

Cendant Corporation ("Cendant") moves for reconsideration of one aspect of the court's Order Re Defendant Amy Shelton's Motion to Compel (Doc. No. 193). The court ruled that Cendant had to comply with defendant Amy Shelton's Interrogatory No. 1. The court's ruling was based on the fact that Cendant merely asserted that the information was irrelevant (an assertion with which the court did not agree) and on the court's stated assumption that the group comprising the "officers, directors or senior managers" consists of not more than 50 individuals (i.e. compliance would not be unduly burdensome). Cendant has informed the court that group might include some 600 persons. The court did not contemplate such a result.

Upon reconsideration, the ruling with respect to defendant

Amy Shelton's Interrogatory No. 1 is hereby amended as follows:

1. Interrogatory No. 1 shall apply to officers, directors or senior managers who transferred his or her home or any interest therein to his or her spouse;

2. The term "senior managers" in Interrogatory No. 1 shall be limited to those managers who hold positions equivalent to or higher than that held by E. Kirk Shelton during his employment by Cendant; and

3. Cendant may, in lieu of disclosing the names and addresses of officers, directors or senior managers, provide an answer to Interrogatory No. 1 by causing Avis Budget's General Counsel to develop and circulate an inquiry form which each of the pertinent individuals would be requested to sign and return to the General Counsel, who would tabulate the results and provide an answer to the interrogatory by stating how many of the individuals transferred his or her home or any interest therein to his or her spouse.

It is so ordered.

Dated this 21st day of December 2007, at Hartford, Connecticut.

                               /s/AWT
                              Alvin W. Thompson
                       United States District Judge